**Electronically Filed
Supreme Court
SCWC-16-0000207
21-OCT-2019
11:04 AM**

SCWC-16-0000207

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

MARLENE TIM SING, individually and as Next Friend to her
daughter, Makalika Tim Sing, a minor, and as her Personal
Representative for the Estate of DALE KANANI TIM SING, Deceased;
DALE CORDERO, KALE TIM SING, and LOKELANI TIM SING,
Respondents/Plaintiffs-Appellants,

vs.

KONRAD K. MOSSMAN, HUIHUI LAVON KANAHELE-MOSSMAN,
Petitioners/Defendants/Cross-Claim Plaintiffs/Cross-Claim
Defendants/Appellees,

and

COUNTY OF HAWAIʻI, Respondent/Defendant/Cross-Claim
Defendant/Cross-Claim Plaintiff/Appellee,
(3CC051000297)

_____

KASSY ASTRANDE, individually and as Guardian Ad Litem of MCKENZIE
TIM SING, a minor, Respondent/Plaintiff-Appellee,

vs.

KONRAD K. MOSSMAN, HUIHUI LAVON KANAHELE-MOSSMAN,
Petitioners/Defendants/Cross-Claim Plaintiffs/
Cross-Claim Defendants/Appellees,

and

COUNTY OF HAWAIʻI
Respondent/Defendant/Cross-Claim Defendant/
Cross-Claim Plaintiff/Appellee.
(3CC051000413)

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000891 and CAAP-16-0000207)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner Konrad K. Mossman's application for writ of certiorari filed on August 26, 2019, is hereby rejected.

DATED: Honolulu, Hawaiʻi, October 21, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

